UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | | |
|---|---|---|
| TRAVIS MEDINA, *et al.* | ) | |
| Plaintiffs, | ) ) ) | |
| v. | ) ) | No. 1:10-CV-040 |
| JOSEPH A. GARRETSON, *et al.* | ) ) ) ) | |
| Defendants, | ) | |

### ORDER

This motion is before the Court on the Stipulation of Dismissal of Certain Claims and Defendants With Prejudice, filed on February 22, 2011. After due consideration, and noting no objection, this Court finds that all claims against Defendants Robin W. Hunt, Lane K. Miller, Freedom Financial Mortgage Corporation, Flagstar Bank, FSB and Stewart Title Guaranty Company are **DISMISSED with prejudice**.

DATED: March 25, 2011         /s/RUDY LOZANO, Judge
                              United States District Court