IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | |
|---|---|
| TRAVIS MEDINA AND SARAH MEDINA, )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>JOSEPH A. GARRETSON, ROBIN W. HUNT, )<br>LANE K. MILLER, )<br>FT. WAYNE MORTGAGE CORPORATION, )<br>FORT WAYNE TITLE, INC., )<br>FREEDOM FINANCIAL MORTGAGE CORP., )<br>FLAGSTAR BANK, FSB, )<br>STEWART TITLE GUARANTY COMPANY, )<br>)<br>Defendants. ) | Civil Action No. 1:10-cv-040 |

## NOTICE OF VOLUNTARY DISMISSAL OF CLAIMS

Plaintiffs, Travis and Sarah Medina, by counsel, pursuant to Fed. R. Civ. P. Rule 41(a)(2), respectfully requests the Court dismiss the claims against Defendants, Fort Wayne Title, Inc., Joseph A. Garretson, and Fort Wayne Mortgage Corp. without prejudice. At this time, Plaintiffs do not wish to further pursue their claim against the named Defendants, but do wish to reserve the right to refile their claim at a later date.

Respectfully submitted,

**CARSON BOXBERGER LLP**

*s/Kevin P. Podlaski*
Kevin P. Podlaski #25168-02
J. Blake Hike #28601-02
*Attorneys for Plaintiffs*

1400 One Summit Square
Fort Wayne, Indiana 46802
Telephone: (260) 423-9411
kpp@carsonboxberger.com
hike@carsonboxberger.com

F:\M\Medina, Travis & Sarah 23,801\Notice of Voluntary Dismissal of Claims.doc

## CERTIFICATE OF SERVICE

I hereby certify that on this 23rd day of May 2011, a true and complete copy of the above and foregoing was electronically filed via the ECF system and/or mailed to:

Michael J. Lewinski
Abigail B. Cella
**ICE MILLER LLP**
One American Square, Suite 2900
Indianapolis, IN 46282-0200
michael.lewinski@icemiller.com
abby.cella@icemiller.com
*Attorneys for Stewart Title Guaranty Company*

David E. Bailey
Daniel G. McNamara
**EILBACHER FLETCHER, LLP**
803 S. Calhoun Street, Suite 400
Fort Wayne, Indiana 46802
bailey@eflawyers.com
mcnamara@eflawyers.com
*Attorneys for Flagstar FSB*

John S. Bloom
Edward E. Beck
Brian M. Simpson
**SHAMBAUGH, KAST, BECK & WILLIAMS, LLP**
229 West Berry Street, Suite 400
PO Box 11648
Fort Wayne, IN 46802
jbloom@skbw.com
ebeck@skbw.com
bsimpson@skbw.com
*Attorney for Robin W. Hunt and Freedom Financial Mortgage Corp.*

**Sent by USPS First Class, postage prepaid to:**

Lane K. Miller
3815 Fernbank Drive
Fort Wayne, IN 46815

Joseph Garretson, #208824
c/o Westville Correctional Facility
5501 S. 1100 W.
Westville, IN 46391

                                                        *s/Kevin P. Podlaski*